

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00273-CV

———————————————

HDA FAMILY AUTO SALES, INC. AND HAMID MOUSSAVI, Appellants

V.

XL FUNDING, LLC D/B/A AXLE FUNDING, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-349376-24

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 24, 2024